UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21144-CIV-COHN

LUIS GONZALEZ-LAUZAN,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Movant Luis Gonzalez-Lauzan's Notice of Appeal [DE 14], which this Court construes as a motion for a Certificate of Appealability [DE 15]. The Court has carefully considered the matter and is otherwise fully advised in the premises.

This Court adopted the Report and Recommendations of Magistrate Judge White, overruled Gonzalez-Lauzan's Objections, and denied Gonzalez-Lauzan's Motion to Vacate, Set Aside, or Correct Sentence on February 5, 2008. [DE 13]  After considering the instant motion for certificate of appealability, the Court denies such certification, as the Court concludes under Slack v. McDaniel, 529 U.S. 473 (2000), that Movant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack, 529 U.S. at 484.  The Court notes that pursuant to Rule 22(b)(1), the Movant may now seek a certificate of appealability from the Eleventh Circuit.  Accordingly, it is

hereby

**ORDERED AND ADJUDGED** that Movant's Motion for Certificate of Appealability [DE 15] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of February, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Appeals Desk (Miami)

Counsel of record

Luis Gonzalez-Lauzan, *pro se*
Reg. No. 50404-004
U.S.P.
P.O. Box 305
Jonesville, VA  24263